# LEOPOLD
## &ASSOCIATES, PLLC

80 Business Park Drive,
Suite 110
Armonk, NY 10504
(914) 219-5787

January 06, 2020

<u>VIA ECF</u>

Honorable Elizabeth S. Stong
United States Bankruptcy Court
Eastern District of New York – Brooklyn Division
Conrad B. Duberstein U.S. Courthouse
271-C Cadman Plaza East – Suite 1595
Brooklyn, NY 11201-1800

        **Re: Loss Mitigation Status Report**
        **Debtor:  Anthony R. Mark ("Debtor")**
        **Case No.: 19-46221-ess**

Dear Judge, Strong:

This office represents Rushmore Loan Management Services, LLC ("Rushmore"), in its capacity as servicer in this Loss Mitigation proceeding regarding Creditor MTGLQ Investors, LP.  Please be informed that the Creditor Loss Mitigation Affidavit has been filed with the Court and a copy of same along with the Borrower Assistance Application and request for required documents have been submitted to Debtor's Counsel and the Debtor for completion of same and submission of all requested documents, so that the Creditor may proceed with review and consideration of any Loss Mitigation options available to the Debtor.

Once the completed Borrower Assistance Application and all required documents have been received, Debtor will be advised of Creditor's final determination and/or any missing or updated documents needed, which will need to be submitted to the Creditor for further review and consideration.

Thank you for your time and attention.

                Respectfully submitted,
                LEOPOLD & ASSOCIATES, PLLC

                BY: <u>*/s/ Saul Leopold*</u>
                Saul Leopold
                For the Firm

**Cc:**  **Anthony R. Mark (via counsel)**
    4218 Snyder Avenue
    Brooklyn, New York 11203

    **Peter S. White, II (via ECF)**
    Brooklyn Volunteer Lawyers Project
    44 Court Street #1206
    Brooklyn, New York 11201
    Email: pwhite@brooklynvlp.org

**Trustee (via ECF)**
Marianne DeRosa
Office of the Chapter 13
Trustee 100 Jericho
Quadrangle, Ste 127
Jericho, New York 11753
Email: Derosa@ch13mdr.com

**U.S. Trustee (via ECF)**
Office of the United States Trustee
Eastern District of New York (Brooklyn Office)
U.S. Federal Office Building 201 Varick Street, Suite 1006 New York, NY 10014